

FILED
AUG 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: 08 MJ 8692 |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF |
| Joel HERNANDEZ-Lopez (1), | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession With The Intent To |
| Jose AHUMADA-Penuelas (2), | ) Distribute (Felony) |
| Jesus MEDELLIN-Lopez (3), | ) |
| Omar ENCISO-Talamante (4), | ) |
| Erasmo LOPEZ-Borquez (5), | ) |
| David MORALES-Bejarano (6), | ) |
| Defendants. | ) |

The undersigned complainant being duly sworn states:

On or about August 3, 2008, within the Southern District of California, defendants Joel HERNANDEZ-Lopez, Jose AHUMADA-Penuelas, Jesus Medellin-Lopez, Omar ENCISO-Talamante, Erasmo LOPEZ-Borquez, and David MORALES-Bejarano did knowingly and intentionally possess with the intent to distribute

approximately 95.78 kilograms (210.71 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841 (a) (1)

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy Henderson, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF AUGUST, 2008.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
           v.
Joel HERNANDEZ-Lopez (1),
Jose AHUMADA-Penuelas (2),
Jesus MEDELLIN-Lopez (3),
Omar ENCISO-Talamante (4),
Erasmo LOPEZ-Borquez (5),
David MORALES-Bejarano (6),

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On August 3, 2008, Senior Border Patrol Agent Joshua Pollett encountered Joel HERNANDEZ-Lopez, Jose AHUMADA-Penuelas, Jesus Medellin-Lopez, Omar ENCISO-Talamante, Erasmo LOPEZ-Borquez, David MORALES-Bejarano, and M. A. D. (Juvenile) hiding in the brush in the desert near Ocotillo, California. Prior to this encounter, these individuals were observed by other Border Patrol Agents, with the assistance of thermal imaging devices, carrying what the agents believed to be bundles of controlled substances.

Agent Pollet searched the area around where he encountered the individuals and found nine large bundles wrapped with brown postal tape buried beneath the sand approximately fifteen feet away from them. The bundles found by Agent Pollett contained a green leafy substance. samples taken from two of the bundles field-tested positive for marijuana. The combined weight of the nine bundles was approximately 95.78 kilograms (210.71 pounds).

The seven individuals were taken into custody and transported to the El Centro Border Patrol Station where they were administratively processed for their immigration

violations. They were then turned over to Special Agents (S/A) Struckmeyer and Torregrosa from Immigration and Customs Enforcement (ICE) for further processing.

S/A's Struckmeyer and Torregrosa advised each subject of their Miranda Rights individually. AHUMADA, MEDELLIN and MORALES chose not to make statements. LOPEZ stated that he was hired to smuggle the marijuana into the United States. He stated that he was going to be paid $600. He stated that MEDELLIN is his nephew and that AHUMADA is his roommate, and that they were also going to be paid $600 for smuggling the marijuana into the United States. He also stated that, at the time of their entry, each of the seven of them was carrying bundles of marijuana. LOPEZ identified HERNANDEZ as the foot guide of the group.

M.A.D. also admitted to carrying the bundles of marijuana. He stated that he carried some of the marijuana across the border in lieu of payment for being smuggled into the United States. As did LOPEZ, M.A.D. also identified HERNANDEZ as the foot guide for the group. M.A.D. is being prosecuted in state juvenile court.

ENCISO stated that he also carried some of the marijuana into the United States. He stated that he knew how much he was going to be paid, but that he did not want to divulge that information.

HERNANDEZ denied being the foot guide for the group, but he did admit to carrying some of the marijuana across the border. HERNADEZ stated that he carried the marijuana across the border in lieu of payment for being smuggled into the United States.